UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMBER GEARY,** | : | Civil No. 1:20-CV-285 |
| **Plaintiff** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **ANDREW SAUL,**<br>**Commissioner of Social Security,** | : | |
| **Defendant** | : | |

# ORDER

**AND NOW**, this 15th day of June, 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

> *s/Martin C. Carlson*
> Martin C. Carlson
> United States Magistrate Judge